THOMAS CORRIGAN, Respondent, v. LONG ISLAND RAILROAD COMPANY, Appellant, et al., Defendants.— Judgment affirmed, with costs. No opinion. Present

— Townley, Glennon, Untermyer, Dore and Callahan, JJ.; Untermyer, J. dissents and votes to reverse and grant a new trial.